No. D–2274.  IN RE DISCIPLINE OF LEGG.  Wayne E. Legg, of Scottsdale, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01M1.  MAHAFFEY v. ILLINOIS.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 01M2.  MAGWINOFF v. VIZCAYA;

No. 01M3.  COLEY v. NORTH CAROLINA INDUSTRIAL COMMISSION ET AL.;

No. 01M4.  FLETCHER v. PENNSYLVANIA STATE UNIVERSITY ET AL.;

No. 01M5.  POOLE v. GENERAL ACCOUNTING OFFICE;

No. 01M7.  LAZOR v. CALIFORNIA;

No. 01M8.  PHILLIPS v. JOHNSON, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION;

No. 01M9.  CALHOUN v. SPELLING TELEVISION, INC., ET AL.;

No. 01M10.  JOHNSON v. ADAMS, WARDEN;

No. 01M11.  QUINTERO v. UNITED STATES;

No. 01M13.  REESE v. BAYVIEW ELECTRIC CO. ET AL.; and

No. 01M14.  KASHELKAR v. MACCARTNEY ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01M6.  DARNE v. JUNTUNEN ET AL.  Motion to dispense with printing the petition for writ of certiorari in compliance with this Court's Rule 33.1 denied.

No. 01M12.  DOE v. UNIVERSITY OF CINCINNATI COLLEGE OF MEDICINE ET AL.  Motion for leave to file petition for writ of certiorari under a pseudonym denied.

No. 01M15.  ANDERSON v. CALDERON, WARDEN.  Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 129, Orig.  VIRGINIA v. MARYLAND.  Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $181,228.28 for the period October 10, 2000, through July 31, 2001, to be paid equally by the parties.  [For earlier order herein, see, *e. g.*, 532 U. S. 969.]